LAW OFFICES OF JULIE M. MCCOY
JULIE M. MCCOY, Bar no. 129640
JACQUELYNE M. NGUYEN, Bar no. 249658
1670 SANTA ANA AVE., SUITE "K"
COSTA MESA, CA 92627
Telephone: (949) 722-0055
Fax: (949) 722-8416

Attorney for: PLAINTIFF

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CV A 10-8852 |
|---|---|
| Plaintiff, | |
| vs. | CONSENT JUDGMENT |
| CHARLOTTE M. ROBINSON, | |
| Defendant | |

Pursuant to the above stipulation of the parties, Judgment is hereby entered in favor of Plaintiff, UNITED STATES OF AMERICA, against Defendant, Charlotte M. Robinson, in the principal amount of $2,676.92 plus interest accrued to November 15, 2010, in the sum of $6,014.82; with interest accruing thereafter at 9% annually until entry of judgment, administration costs in the amount of $0.00, for a total amount of $8,691.74.

DATED: 1/4/2011

By: TERRY NAFISI
Clerk of the Court

Deputy Clerk
United States District Court

Page 5